UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:01-cr-236-LRH-LRL |
| ) | |
| vs. ) | |
| ) | |
| LETHA KENNEDY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#28) on October 16, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payees in the amounts listed below:

**Name of Payee:** Progressive Pro Liability Group
**Amount of Restitution:** $886,292.48

**Name of Payee:** FDIC Restitution Payments
**Amount of Restitution:** $35,860.60

**Total Amount of Restitution Ordered:** $922,153.08

Dated this 8th day of August, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE